David Stanley
1805803, Powledge Unit
1400 FM Road 3452
Palestine, Tx, 75803

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 08 2015

Abel Acosta, Clerk

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Tx, 78211

Oct 1, 2015

Re: Trial Ct. # 19197B; WR 79,299-02

Dear Mr. Acosta,
    Please note my new address:

    David Stanley
    1805803, Powledge Unit
    1400 FM Road 3452
    Palestine, Tx, 75803

    I have not received any communications from you since your letter to the District Judge dated July 31, 2015. If you've mailed anything since, please Resend it as it may take weeks for my mail to catch up to me.

                    Thank you
                    David Stanley